1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Chief, Criminal Division
4  LEIF DAUTCH (CABN 283975)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7534
7     FAX: (415) 436-7234
      Leif.Dautch@usdoj.gov
8
9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13
                                        )  CASE NO. 4:23-CR-023-HSG
14  UNITED STATES OF AMERICA,           )
                                        )  **NOTICE OF MANUAL FILING OF EXHIBITS**
15            Plaintiff,                )  **B, C & D IN SUPPORT OF THE**
                                        )  **GOVERNMENT'S NOTICE OF MOTION AND**
16       v.                             )  **MOTION FOR FORFEITURE OF BOND, AND**
                                        )  **FOR JUDGMENT AGAINST DEFENDANT,**
17  MASIA HOLLINS                       )  **AND FOR JUDGMENT AGAINST**
                                        )  **DEFENDANT'S CO-SIGNER, AND FOR**
18            Defendant.                )  **SERVICE UPON CO-SIGNER, AND**
                                        )  **[PROPOSED] JUDGMENT**
19

20
21
22
23
24
25
26
27
28

NOTICE OF MANUAL FILING            1                         v. 03/22/2021
4:23-CR-023-HSG

**MANUAL FILING NOTIFICATION**

Regarding Exhibits B, C & D IN SUPPORT OF THE GOVERNMENT'S NOTICE OF MOTION AND MOTION FOR FORFEITURE OF BOND, AND FOR JUDGMENT AGAINST DEFENDANT, AND FOR JUDGMENT AGAINST DEFENDANT'S CO-SIGNER, AND [PROPOSED] JUDGMENT: This filing includes an under-seal document and a DVD with two audio files that should be maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[ ] Physical Object (description):

[X] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_] Other (description):

DATED: June 16, 2023                               Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney

                                                   /s/ Leif Dautch
                                                   LEIF DAUTCH
                                                   Assistant United States Attorney