| | |
|---|---|
| 1 | Megan Dailey (SB#221574) |
| 2 | Law Office of Megan Ann Dailey |
|   | 805 Maine Avenue |
| 3 | Richmond, CA 94804 |
|   | 415-794-4479 |
| 4 | Daileylaw2021@gmail.com |
|   | Attorney for Plaintiffs Kanorn Boonkeut and |
| 5 | Alexis Boissiere |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KANORN BOONKEUT, an Individual, | ) | Case No: 4:23-cv-01274-KAW |
| ALEXIS BOISSIERE, an Individual | ) | ORDER GRANTING **AS MODIFIED** ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE PLAINTIFF KANORN BOONKEUT AND ALEXIS BOISSIERRE'S AMENDED OPPOSITION TO WELLS FARGO'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| Plaintiffs, | ) | |
| v. | ) | Date: July 20, 2020 |
| | ) | Time: 1:30 p.m. |
| U.S. Bank, N.A., as Trustee for GSR Mortgage Loan Trust 2006-3F; Wells Fargo Bank, N.A., Specialized Loan Servicing, LLC; and DOES 1 through 10, Inclusive, | ) | Ctrm: TBD |
| | ) | Judge: Hon. Mag. Judge Kandis A. Westmore |
| | ) | FRCP 6(b); L.R. 6-3, 7-11 |
| Defendants. | ) | |

Plaintiffs apply for an order allowing the filing of PLAINTIFF KANORN BOONKEUT AND ALEXIS BOISSIERRE'S AMENDED RESPONSE TO WELLS FARGO'S MOTION TO DISMISS FIRST AMENDED COMPLAINT on the grounds of exigent circumstances and inadvertence of Attorney Dailey, and the likelihood that irreparable harm will result if an extension of time is not granted.

1    Plaintiffs' current deadline was June 5, 2023, and Plaintiffs are seeking an order that the
2 due date is extended until June 19, 2023, that the current response filed on June 8, 2023 is stricken
3 or for leave to amend, and that a reply brief due date is set.

5    The Court, having reviewed the motion for the extension of time the Declaration of
6 Megan Dailey, and all other documents on file herein,

7    IT IS HEREBY ORDERED THAT:

8    The time to file PLAINTIFF KANORN BOONKEUT AND ALEXIS BOISSIERRE'S
AMENDED RESPONSE TO WELLS FARGO'S MOTION TO DISMISS FIRST AMENDED
COMPLAINT is extended until <u>June 20, 2023</u>, and the filing additional filing due dates are set:
Reply is due <u>June 27, 2023</u>; the response filed by Plaintiffs on June 8, 2023 is stricken;

Dated: <u>June 16, 2023</u>

_____
JUDGE Hon. Kandis A. Westmore

ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE
PLAINTIFF KANORN BOONKEUT AND ALEXIS BOISSIERRE'S AMENDED
OPPOSITION TO WELLS FARGO'S MOTION TO DISMISS FIRST AMENDED
COMPLAINT
- 2