ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 23-CR-023 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE SEPTEMBER 6, 2023 HEARING ON |
| v. | ) ) | FORFEITURE MOTION, AND ORDER |
| MASIA HOLLINS, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States, counsel for the defendant Masia Hollins, and counsel for co-signer Raven Landry that the hearing on the government's motion to forfeit defendant's bond currently scheduled for September 6, 2023 be continued to September 25, 2023.

    1.    On January 23, 2023, defendant was charged via Information with being a felon in possession of a firearm pursuant to 18 U.S.C. § 922(g).  He was released to a treatment program in San Francisco, but left that program in April 2023 and is currently a fugitive from justice.

    2.    On June 16, 2023, the government filed a motion to forfeit the defendant's $50,000 appearance bond because he violated his conditions of pretrial release.  The government noticed a hearing date of July 12, 2023, which was later continued to September 6, 2023.  Judge Gilliam referred the matter, in the first instance, to Judge Kandis A. Westmore.  Counsel was appointed to represent co-

signer Raven Landry for purposes of the bond forfeiture motion.

3. The government has been informed that defendant was arrested in Hayward, California on August 30, 2023 and is currently in local custody facing new state charges. Defense counsel has requested time to meet with her client, and the government also needs time to investigate the state charges and secure defendant's transfer to federal custody.

4. Accordingly, the parties jointly request that the motion hearing currently scheduled for September 6, 2023 be continued to September 25, 2023, at 10:30 a.m., before Judge Westmore on the Oakland duty calendar.

The undersigned Assistant United States Attorney certifies that he has obtained approval from both counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 31, 2023            /s/
                                  LEIF DAUTCH
                                  Assistant United States Attorney

DATED: August 31, 2023            /s/
                                  ANGELA HANSEN
                                  Counsel for Defendant Masia Hollins

DATED: August 31, 2023            /s/
                                  RICHARD TAMOR
                                  Counsel for Co-Signer Raven Landry

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the hearing on the government's motion for bond forfeiture currently scheduled for September 6, 2023, to September 25, 2023, at 10:30 a.m., before the Honorable Kandis A. Westmore.

**IT IS SO ORDERED.**

DATED: August 31, 2023

HON. KANDIS A. WESTMORE
United States Magistrate Judge